**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

THOMAS ZEBROWSKI,

           Plaintiffs,

-against-

DIAMOND ROLL-UP DOOR, INC., FORD MOTOR COMPANY, UTILIMASTER CORPORATION, SPARTAN MOTOR USA, INC., and WALTCO LIFT CORP.,

           Defendants.

Case No. 18-1361

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ford Motor Company ("Ford"), through counsel, hereby discloses that it does not have a parent corporation. There are publicly-traded corporations that may, from time to time, own more than 10% of Ford's stock as trustee or independent fiduciary for various employee plans.  The most recent trustee owner in this capacity is State Street Corporation.  The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

{02120057.DOC }

|  |  |
|---|---|
| Dated: March 5, 2018 | AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP |

                               By:_____
                                   PETER J. FAZIO (PJF 1211)
                                   600 Third Avenue
                                   New York, New York 10016
                                   Tel.: (212) 593-6700
                                   Fax: (212) 593-6970
                                   Attorneys for Defendant
                                   FORD MOTOR COMPANY

DELL & DEAN, PLLC
1225 Franklin Avenuem Suite 450
Garden City, New York 11530

DIAMOND ROLL-UP DOOR, INC.
*295* Commerce Way
Upper Sandusky, Ohio 43351

UTILIMASTER CORPORATION
603 Earthway Boulevard
Bristol, Indiana 46507

SPARTAN MOTORS USA, INC.
907 7th Avenue N.
Brandon, South Dakota *57005*

WALTCO LIFT CORP.-
c/o CT CORPORATION SYSTEM
415 E. Dundee Street
Ottawa, Kansas 66067